## Donald Ross, Plaintiff in Error, v. Fred Becklenberg and Charles Schleyer, Defendants in Error.

### Gen. No. 23,099.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. OSCAR E. HEARD, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed December 17, 1917.

## Statement of the Case.

Action by Donald Ross, a city building inspector, plaintiff, against Fred Becklenberg, the owner of a building under process of construction, and Charles Schleyer, the contractor, defendants, to recover for personal injuries received by plaintiff in falling through an unfloored entrance to the building into the basement while on a tour of inspection. From a judg-

ment for defendants upon a directed verdict, plaintiff brings error.

BRADLEY, HARPER & EHEIM, for plaintiff in error; SAMUEL A. HARPER, of counsel.

EDWARD H. MORRIS, for Fred Becklenberg.

FRANK M. COX and R. J. FELLINGHAM, for defendants in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. NEGLIGENCE, § 23*—*who is a licensee.* A city building inspector who is inspecting a building is a mere licensee.

2. NEGLIGENCE, § 24*—*what is duty of owner of building towards licensee.* A city building inspector who is inspecting a building, being a mere licensee, the owner of the building owes him no duty except to refrain from wilfully injuring him, and consequently there is no liability for injuries to the inspector due to his falling through an unfloored entrance to a building into the basement.

3. NEGLIGENCE, § 24*—*what care required of contractor to avoid injury to licensee.* A mason contractor who has made the excavation for a building but has nothing to do with the construction of floors in the building owes no duty to avoid injury to a licensee, a city building inspector, than to avoid wilfully injuring him, and consequently is not liable for injuries received by the inspector in falling through an unfloored entrance way into the basement while on a tour of inspection.

4. NEGLIGENCE, § 93*—*when city building inspector injured by falling through floor is guilty of contributory negligence.* A city building inspector is guilty of contributory negligence as a matter of law where he enters a dark building, which is in the process of construction, on a tour of inspection and is obliged to grope his way in the darkness into a passageway into which he had never before walked and which, from previous observation, he knew was devoid of flooring, as a consequence of which he falls through the unboarded floor into the basement and is injured.